IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOYOKA K. PARSONS,
    Plaintiff,

vs.                              Case No. 3:09cv254/WS/EMT

OKALOOSA COUNTY SCHOOL DISTRICT, et al.,
    Defendant.
_____/

**O R D E R**

    This matter is before the court on Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2). In the affidavit of financial status, Plaintiff indicates that her household's monthly income is approximately $6,520.00, with monthly debts totaling approximately $5,383.00 (Doc. 2 at 3, 4). It affirmatively appears that leave to proceed in forma pauperis should be denied, as Plaintiff and her husband have approximately $1,137.00 a month available in disposable income. Therefore, in order to proceed with this case, Plaintiff must pay the full filing fee of $350.00.

    Accordingly, it is **ORDERED**:

    1. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED**. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee.

    2. Failure to comply with this order may result in a recommendation of dismissal of this action.

    **DONE AND ORDERED** this 24th day of June 2009.

    /s/ *Elizabeth M. Timothy*
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**