IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOYOKA K. PARSONS,
    Plaintiff,

vs.                                               Case No. 3:09cv254/WS/EMT

OKALOOSA COUNTY
SCHOOL DISTRICT,
    Defendant.
_____/

**O R D E R**

    Plaintiff, appearing pro se, has filed an Amended Complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101, *et seq.* (Doc. 13). Plaintiff has paid the filing fee (Doc. 7).

    In her Amended Complaint Plaintiff names Okaloosa County School District as the sole Defendant. Plaintiff is informed that it is her responsibility to formally serve the Amended Complaint so that Defendant may be given an opportunity to respond to her allegations. In light of Plaintiff's pro se status, the court will provide her with information concerning service. To effect service of process, Defendant must be delivered a summons, which is issued to Plaintiff by the clerk of court, and a copy of the Amended Complaint. Service may be effected by any person who is at least 18 years of age and <u>is not a party to this action</u>.

    Service upon Defendant must be made in accordance with Rule 4(j)(2) of the Federal Rules of Civil Procedure. Plaintiff should note that service upon a state, municipal corporation, or other state-created governmental organization is effected by delivering a copy of the summons and amended complaint to the chief executive officer or serving the summons and complaint in the manner prescribed by the laws of the State of Florida for the service of summons or other like

process upon any such Defendant. Fed. R. Civ. P. 4(j)(2). Plaintiff should thoroughly review Rule 4 before attempting service on Defendant.

Finally, Plaintiff is advised that she is responsible for effecting service "within 120 days after the complaint is filed," or the cause may be dismissed. *See* Fed. R. Civ. P. 4(m).

Accordingly, it is **ORDERED**:

1. The clerk of court shall forthwith issue a summons for Defendant Okaloosa County School District and send the summons to Plaintiff. .

2. Plaintiff is responsible for prompt service of a summons and a copy of the Amended Complaint (Doc. 13) and "right to sue" letter (Doc. 9) upon Defendant.

3. After a response to the Amended Complaint has been filed by Defendant, Plaintiff shall be required to mail to the attorney for Defendant a copy of every pleading or other paper submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the clerk of court a "certificate of service" which states the date a correct copy of the paper was mailed to Defendant or to the attorney representing Defendant. Any paper submitted for filing after a response to the complaint has been filed by Defendants which does not contain a "certificate of service" shall be returned to Plaintiff by the clerk and disregarded by the court.

**DONE AND ORDERED** this 23rd day of September 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**