IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOYOKA K. PARSONS,

    Plaintiff,

v.                                                                3:09cv254-WS

OKALOOSA COUNTY SCHOOL
DISTRICT,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 30) docketed March 30, 2010.  The magistrate judge recommends that the defendant's motion to strike the plaintiff's request for punitive damages be granted.  The plaintiff has filed no objections to the report and recommendation.

The court having considered the magistrate judge's report and recommendation, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 30) is ADOPTED and incorporated by reference into this order.

    2.  The defendant's motion (doc. 21) to strike the plaintiff's request for punitive damages is GRANTED.

3.  The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___29th___ day of ___April___, 2010.


                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE