IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOYOKA K. PARSONS,
    Plaintiff,

vs.                                         Case No. 3:09cv254/WS/EMT

OKALOOSA COUNTY
SCHOOL DISTRICT,
    Defendant.
_____/

**O R D E R**

    Defendant has filed a notice in response to the instruction in the court's Initial Scheduling Order which directed the parties to file a Joint Report of Rule 26(f) Conference by May 13, 2010 (*see* Doc. 35). In its notice Defendant advises that Plaintiff, who proceeds pro se, has informed it she is currently attempting to obtain legal representation, although her efforts to date have been unsuccessful. While Plaintiff continues to try to retain counsel, Defendant states it will schedule a conference and report to the court no later than May 25, 2010, regarding the matters to be addressed by Paragraph (2)(a) of the Initial Scheduling Order (Doc. 31).

    To the extent Defendant moves for an enlargement of time until May 25, 2010, for the parties to comply with the Paragraph (2)(a) of the Initial Scheduling Order, the request is **GRANTED.**

    It is therefore **ORDERED:**

    The parties shall have through **May 25, 2010,** in which to comply with the conference requirement of Paragraph (2)(a) of the Initial Scheduling Order (Doc. 31); the joint report shall be filed within **fourteen (14) days** thereafter.

    **DONE AND ORDERED** this 18th day of May 2010.

                                    /s/ *Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**