# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

TOYOKA K. PARSONS

        vs                Case No. 3:09cv254/WS/EMT

OKALOOSA COUNTY SCHOOL
DISTRICT

_____

**ORDER**

Plaintiff's **MOTION TO DISMISS** (received by the clerk of the court on July 1, 2010), was referred to the undersigned with the following deficiencies:

> Counsel for the moving party, or a party who proceeds pro se, must confer with counsel for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel or the pro se party has conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful, as required by Rule 7.1(B) of the Local Rules of the Northern District of Florida.
>
> The instant motion, which is identified by Plaintiff as a motion to dismiss, is more properly characterized as a motion to strike. In her motion Plaintiff seems to contend that certain affidavits, which apparently were prepared by Defendant in connection with earlier administrative proceedings related to this matter, are inadmissible. To date, however, Defendant has not attempted to file the affidavits in the current action, either as attachments to a motion or otherwise. Accordingly, even if Plaintiff had complied with Rule 7.1(B), at this time there is nothing for the court to strike from the record.

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the documents shall be returned to Plaintiff by the clerk

without electronic filing.

**DONE AND ORDERED** this   9th   day of July 2010.

                         /s *Elizabeth M. Timothy*
                         **ELIZABETH M. TIMOTHY**
                         **UNITED STATES MAGISTRATE JUDGE**