IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOYOKA PARSONS,

    Plaintiff,

v.

                                        Case No.      3:09-CV-254-WS/EMT

OKALOOSA COUNTY SCHOOL
DISTRICT,

    Defendant.
_____/

## DEFENDANT'S MOTION TO REOPEN CASE FOR
## APPROVAL OF MEDIATION SETTLEMENT AGREEMENT
## AND MEMORANDUM IN SUPPORT THEREOF

Defendant, OKALOOSA COUNTY SCHOOL DISTRICT ("District" or "Defendant"), respectfully moves this Court pursuant to Local Rule 16.2(D), United States District Court, Northern District of Florida, to reopen the case for the purpose of approving the Mediation Settlement Agreement entered into between Defendant's representative and attorney, and *pro se* Plaintiff, TOYOKA PARSONS.

WHEREFORE, Defendant respectfully moves this Court pursuant to Local Rule 16.2(D) to reopen this case, enter its order approving the Mediation Settlement Agreement entered into between Plaintiff and Defendant, and affirm the dismissal and judgment previously entered in this action.

## MEMORANDUM IN SUPPORT

In support of this motion, Defendant states as follows:

1.     Pursuant to this Court's order, Plaintiff and Defendant mediated this case on September 2, 2010. Plaintiff and Defendant entered into a Mediation Settlement

Agreement on that date. A true and correct copy of the Mediation Settlement Agreement is attached as Exhibit "B" to the Affidavit of Jan R. Crawford, filed of even date.

2. On September 2, 2010, mediator Howard Fleet submitted his Mediation Report notifying the Court that the case had settled. Dkt. 54. However, the agreement provides that the "agreement is subject to approval by the Board of the Okaloosa County School District and the Court. If either the Board or the Court do not approve this agreement, the agreement shall be null and void." Mediation Settlement Agreement, pg. 1, ¶1.

3. Following Mr. Fleet's submission of the Mediation Report, this Court ordered dismissal of the case (Dkt. 55), and the Clerk of the Court, entered Judgment on the dismissal. Dkt. 56

4. The Board of the Okaloosa County School District met in special session on Monday, September 27, 2010, and preliminarily approved the Mediation Settlement Agreement. See, Affidavit of Jan R Crawford, and Exhibit "A" thereto.[1] Defendant now requests this Court to approve the Mediation Settlement Agreement.

5. Rule 16.2(D), N.D. Fla. Loc. R, provides:

> When notified that a civil case has been settled, and for purposes of administratively closing the file, the court may order that a case be dismissed, but shall retain jurisdiction for sixty (60) days thereafter (or for such other period of time as the court may specify). During that period any party may move the court, for good cause shown, to reopen the case for further proceedings.

---

[1] The minutes are deemed "preliminary" only because they have not been officially approved at a regular meeting of the Board. Crawford Affidavit ¶4.

6. Defendant respectfully suggests that agreement of the parties to submit the Mediation Settlement Agreement to the Board of Defendant and to this Court for approval constitutes good cause for reopening this case and entering its order approving the Mediation Settlement Agreement and affirming the dismissal and judgment previously entered. Additionally, subsection 69.081(9), Florida Statutes (2010), provides that settlement of certain claims above $5,000.00 be approved by governmental entities pursuant to notice or approval by a court of competent jurisdiction. In this case, in dealing with a *pro se* Plaintiff, Defendant considered the better practice to seek both approval of the Mediation Settlement Agreement by the Board and by this Court. The sum of these circumstances demonstrates good cause for reopening this case and approving the Mediation Settlement Agreement.

7. In conclusion, Defendant respectfully requests that this Court reopen this case pursuant to N.D. Fla. Loc. R. 16.2(D); approve the Mediation Settlement Agreement achieved between *pro se* Plaintiff and Defendant; and affirm the dismissal and judgment previously entered.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant's Motion to Reopen Case for Approval of Mediation Settlement Agreement and Memorandum in Support Thereof has been served upon Toyoka Parsons, *pro se*, 215 Secretariat Drive, Crestview, Florida 32539 by U.S. Mail, and by e-mail (tokey64@yahoo.com), and filed by Electronic Filing on October 6, 2010.

/s/ C. Timothy Gray
RICHARD BURTON BUSH (FBN 0294152)
C. TIMOTHY GRAY (FBN 0602345)
Bush, Augspurger & Lynch, P.A.
3375-C Capital Circle, NE, Ste. 200
Tallahassee, FL 32308-3778
(850) 386-7666 – Telephone
(850) 386-1376 – Facsimile

ATTORNEYS FOR DEFENDANT,
Okaloosa County School District