IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOYOKA PARSONS,

    Plaintiff,

v.

                                      Case No.      3:09-CV-254-WS/EMT

OKALOOSA COUNTY SCHOOL
DISTRICT,

    Defendant.
_____/

### DEFENDANT'S *SUPPLEMENT AND CORRECTION TO* MEMORANDUM IN SUPPORT OF MOTION TO REOPEN CASE FOR APPROVAL OF MEDIATION SETTLEMENT AGREEMENT

Defendant, OKALOOSA COUNTY SCHOOL DISTRICT ("District" or "Defendant"), respectfully submits to this Court this Supplement and Correction to Defendant's Motion to Reopen Case for Approval of Mediation Settlement Agreement and Memorandum in Support Thereof ("Motion"). Dkt 57. The following clarifications are submitted for the Court's consideration.

The Motion mistakenly used phraseology that the Okaloosa County School Board had "preliminarily approved the Mediation Settlement Agreement." Motion ¶4. The correct statement is that the board was advised of the terms and conditions of the Mediation Settlement Agreement during its "attorney-client" or executive session. There was then a motion and vote approving the Mediation Settlement Agreement when the board resumed its public session.

The Okaloosa County School Board "preliminary minutes" attached as Exhibit "A" to the affidavit of Jan R. Crawford (Dkt. 58) contained a scrivener's error

transposing the case number in the minutes reflecting the board's action. Ms. Crawford transmitted corrected "preliminary minutes" by e-mail to the undersigned. As an officer of the court, Attorney Gray represents that the attached e-mail and revised "preliminary minutes" are true and correct as provided by Ms. Crawford.

Defendant respectfully requests that this Court consider these corrected and supplemental matters in its consideration of Defendant's Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant's *Supplement And Correction* to Memorandum in Support of Motion to Reopen Case for Approval of Mediation Settlement Agreement has been served upon Toyoka Parsons, *pro se*, 215 Secretariat Drive, Crestview, Florida 32539 by U.S. Mail, and by e-mail (tokey64@yahoo.com), and filed by Electronic Filing on October 7, 2010.

/s/ C. Timothy Gray
RICHARD BURTON BUSH (FBN 0294152)
C. TIMOTHY GRAY (FBN 0602345)
Bush & Augspurger, P.A.
3375-C Capital Circle, NE, Ste. 200
Tallahassee, FL 32308-3778
(850) 386-7666 – Telephone
(850) 386-1376 – Facsimile

ATTORNEYS FOR DEFENDANT,
Okaloosa County School District

# Timothy Gray

| | |
|---|---|
| **From:** | Crawford, Jan [CrawfordJ@mail.okaloosa.k12.fl.us] |
| **Sent:** | Thursday, October 07, 2010 8:07 AM |
| **To:** | Timothy Gray |
| **Subject:** | RE: OKALOOSA COUNTY SCHOOL DIST. adv. PARSONS- Corrected Preliminary Board Minutes |
| **Importance:** | High |
| **Attachments:** | Preliminary School Board Minutes.pdf |

Mr. Gray,

After emailing the Preliminary Minutes to you yesterday, and putting a copy in the mail, I noted an error in the case number. I have corrected the error and have attached a corrected copy of the Minutes. The correct case number is referenced in the Affidavit. Would you like a corrected copy of the Minutes mailed to you as well?

I apologize for any inconvenience this has caused.

Thank you,

*Jan Crawford*
*School Board Secretary*
*(850) 833-5885*
*(850) 833-6384 (fax)*

\*\*Think Green - Please consider the environment before printing this e-mail.

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.
E-mail records are public records under Florida Law and in general are not exempt from public-records requirements. In the event your response contains information that may be considered sensitive or confidential pursuant to Federal or State law, please do not send that information via e-mail; please contact me to make alternative arrangements.

The School Board of Okaloosa County met in Special Session on September 27, 2010 in the Okaloosa County Courthouse, Crestview, Florida.

PRESENT: Rodney Walker, Chairman
Cindy Frakes, Vice-Chairman
Howard Hill
Chuck Kelley
Cathy Thigpen

Alexis Tibbetts, Superintendent
C. Jeffrey McInnis, Esq., Attorney to the Board

The Chairman called the meeting to order at 3:30 p.m.

Mr. McInnis stated that the purpose of the meeting was to conduct a closed attorney-client session, in accordance with Florida Statute, to discuss a matter of pending litigation in the U.S. Federal Court. He stated that the closed session would be attended by Cathy Thigpen, Chuck Kelley, Cindy Frakes, Rodney L. Walker, Howard Hill, Alexis Tibbetts, and himself. The session was expected to last approximately 20 minutes.

The Chairman recessed the meeting for the closed session at 3:32 p.m. and reconvened the meeting at 3:42p.m. at the conclusion of the closed session.

Mr. McInnis announced that the closed session lasted approximately 10 minutes and was attended by Cathy Thigpen, Chuck Kelley, Cindy Frakes, Rodney L. Walker, Howard Hill, Alexis Tibbetts, and himself. A potential resolution and settlement was discussed in the case of Toyoka Parsons v. Okaloosa County School District, U.S.D.C. No. Dist. Fla, Case No. 3:09-cv254-WS/EMT, pending in the U.S. Federal Court. Mediation has taken place in this case and the mediated settlement agreement calls for a lump sum payment of $7,500 by the District to the Plaintiff. It is a complete settlement and resolution of all the claims pending in this matter.

Motion to settle Case No. 3:09-cv254-WS/EMT in accordance with the mediated settlement agreement in the amount of $7,500 was made by Mr. Hill, seconded by Mrs. Frakes and carried unanimously.

There being no further business, and upon motion being duly made and seconded, the meeting was adjourned at 3:45 p.m.

Jan Crawford, Recorder

_____
ALEXIS TIBBETTS, Ed.D.
SUPERINTENDENT AND
CORPORATE SECRETARY

_____
RODNEY L. WALKER
CHAIRMAN OF THE BOARD